# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00692-CV

**David Z. Hernandez, Appellant**

**v.**

**Elm Ridge Apartments, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-15-008088, HONORABLE TODD T. WONG, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

On the parties' joint motion, this cause has been abated in aid of settlement negotiations.[1]  The parties have now filed a joint agreed motion advising this Court that they have succeeded in settling the underlying dispute and requesting that we "dismiss this appeal pursuant to their settlement agreement" and order "that costs be assessed against the party incurring the same." We grant the motion, dismiss the appeal,[2] and order that each party bear its own costs.[3]

---

[1]  *See Hernandez v. Elm Ridge Apts.*, No. 03-15-00692-CV, 2016 WL 1039007 (Tex. App.—Austin Mar. 11, 2016, no pet. h.) (mem. op.).

[2]  *See* Tex. R. App. P. 42 .1(a)(2)(A).

[3]  *See id.* R. 42.1(d).

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed on Joint Motion

Filed:   April 6, 2016